CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, et al,<br><br>Plaintiffs,<br>v.<br><br>CROWN ELECTRIC, INC., et al,<br><br>Defendants | Case No. 4:11-cv-04226-MEJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs hereby request that this entire matter be dismissed with prejudice.

Dated:  November  10, 2011          Respectfully Submitted,
                                    LEONARD CARDER LLP


                                    By:  _____//s//_____
                                    Phil A Thomas
                                    Attorneys for Plaintiffs

**This  case shall be DISMISSED with prejudice.  The Clerk of the Court shall close the case.**

DATED:  11/21/11

_____
                                    MARIA-
                                    Chief Ma[...]

*IT IS SO ORDERED*
*Judge Maria-Elena James*

NOTICE OF DISMISSAL
4:11-cv-04226-MEJ