CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CROWN ELECTRIC, INC., et al, <br><br> Defendants | Case No. 4:11-cv-04226-MEJ <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs hereby request that this entire matter be dismissed with prejudice.

Dated:  November  10, 2011        Respectfully Submitted,
                                  LEONARD CARDER LLP

                                  By:  _____//s//_____
                                  Phil A Thomas
                                  Attorneys for Plaintiffs

**This case shall be DISMISSED with prejudice.  The Clerk of the Court shall close the case.**

DATED:  11/21/11

MARIA-
Chief Ma

IT IS SO ORDERED
Judge Maria-Elena James

NOTICE OF DISMISSAL
4:11-cv-04226-MEJ